# C L O S E D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE COMPUWARE<br>SECURITIES LITIGATION<br>_____/ | Civil No.  02-73793<br>02-74073<br>Hon. Anna Diggs Taylor |

## JUDGMENT IN A CIVIL CASE

In accordance with the court's September 12, 2005 "Memorandum Opinion and Order Granting Motion to Dismiss and Granting Motion for Summary Judgment, Denying Motion to Intervene and Denying Motion for Class Certification,"

IT IS ORDERED that judgment is entered in favor of Defendants, and against Plaintiffs.  Dated at Detroit, Michigan, this 13th day of September 2005.


DAVID J. WEAVER,
CLERK OF THE COURT


By: s/Johnetta M. Curry-Williams
Deputy Clerk